# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 1:99CR05038-001 |
| GEORGE MARTINEZ, JR. ) | USM No: 58777-097 |
| Date of Previous Judgment: 9/23/1999 ) | DAVID M. PORTER |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  151  months **is reduced to**  135  months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  31            Amended Offense Level:  29
Criminal History Category:  IV          Criminal History Category:  IV
Previous Guideline Range:  151  to  188  months    Amended Guideline Range:  121  to  151  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  9/23/1999  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  August 14, 2008                                  /s/ OLIVER W. WANGER
                                                                           Judge's signature

Effective Date:                                         OLIVER W. WANGER, US DISTRICT JUDGE
           (if different from order date)                                Printed name and title