1 | HEATHER E. WILLIAMS, Bar #122664
2 | Federal Defender
VICTOR M. CHAVEZ, #113752
3 | Assistant Federal Defender
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561
5 |
6 | Counsel for Defendant
GEORGE MARTINEZ, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:99-cr-05038-LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) SENTENCING; ORDER |
| vs. | ) |
| GEORGE MARTINEZ, JR., | ) DATE: April 7, 2014 |
| | ) TIME: 8:30 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kevin Rooney, counsel for plaintiff, and Assistant Federal Defender, Victor Chavez, counsel for defendant GEORGE MARTINEZ, JR., that the sentencing hearing currently set for March 24, 2014 at 8:30 a.m. before the Honorable Judge Lawrence J. O'Neill, **may be continued to April 7, 2014 at 8:30 a.m. with the Honorable Lawrence J. O'Neill.**

The reason for this stipulation is that defense counsel would like additional time to review the dispositional memorandum with client.

//
//
//

|     |                          |                                                                                 |
| --- | ------------------------ | ------------------------------------------------------------------------------- |
| 1   |                          | BENJAMIN B. WAGNER<br>United States Attorney                                    |
| 2   |                          |                                                                                 |
| 3   | Dated:  March 20, 2014   | */s/ Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| 6   |                          | HEATHER E. WILLIAMS<br>Federal Defender                                         |
| 8   | Dated:  March 20, 2014   | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>GEORGE MARTINEZ, JR. |

**O R D E R**

IT IS SO ORDERED.

Dated:  **March 20, 2014**           **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE